## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                        No. 4:07CR00338 JLH

KENNETH PATRICK KILLINGSWORTH
JOHNNIE CLEVELAND                                                                         DEFENDANTS

## ORDER

For reasons stated on the record during the pretrial hearing today, Johnnie Cleveland's motion to dismiss the indictment, in which Kenneth Patrick Killingsworth joined on the record at the hearing, is DENIED. Document #31. The United States' motion in limine regarding negotiated plea discussions is DENIED. Document #35. The United States' motion in limine regarding punishment is GRANTED. Document #36. The defendants' oral motion in limine to exclude evidence that a gun was found during a search during which controlled substances were found is DENIED.

IT IS SO ORDERED this 9th day of October, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE