# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                  No. 4:07CR00338 JLH

KENNETH PATRICK KILLINGSWORTH
JOHNNIE CLEVELAND                                                                 DEFENDANTS

## ORDER

The United States has given notice of intent to offer drug trafficking expert trial testimony. At the omnibus pretrial hearing on October 9, 2008, the defendants objected on the ground of timeliness. After a review of the Eighth Circuit cases, the Court has concluded that the proposed expert testimony should be admitted, but if the defendants need a continuance in order to counter that expert testimony, the Court should grant a continuance. *See United States v. Johnson*, 228 F.3d 920, 925-26 (8th Cir. 2000); *United States v. Ortega*, 150 F.3d 937, 943-44 (8th Cir. 1998). If the defendants intend to seek a continuance, the Court asks, as a matter of courtesy to prospective jurors and to witnesses, that the defendants move for a continuance today rather than waiting until the morning of trial.

IT IS SO ORDERED this 10th day of October, 2008.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE