**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          No. 4:07CR00338 JLH

KENNETH PATRICK KILLINGSWORTH
JOHNNIE CLEVELAND                                                                        DEFENDANTS

### ORDER

The United States has given notice of intent to offer drug trafficking expert trial testimony.

At the omnibus pretrial hearing on October 9, 2008, the defendants objected on the ground of

timeliness.  After a review of the Eighth Circuit cases, the Court has concluded that the proposed

expert testimony should be admitted, but if the defendants need a continuance in order to counter that

expert testimony, the Court should grant a continuance.  *See United States v. Johnson*, 228 F.3d 920,

925-26 (8th Cir. 2000); *United States v. Ortega*, 150 F.3d 937, 943-44 (8th Cir. 1998).  If the

defendants intend to seek a continuance, the Court asks, as a matter of courtesy to prospective jurors

and to witnesses, that the defendants move for a continuance today rather than waiting until the

morning of trial.

IT IS SO ORDERED this 10th day of October, 2008.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE